PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE A. TORRES, <br><br> Defendant. | Case No. 5:24-po-00181-CDB <br><br> [Citation #E1919005, CA71] <br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00181-CDB [Citation #E1919005, CA71] against JOSE A. TORRES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 16, 2024                    Respectfully submitted,

                                                                                                          PHILLIP A. TALBERT
                                                                                                          United States Attorney

                                          By:    /s/ *Chan Hee Chu*
                                                              CHAN HEE CHU
                                                              Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:24-po-00181-CDB [Citation #E1919005, CA71] against JOSE A. TORRES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **September 16, 2024**

_____
UNITED STATES MAGISTRATE JUDGE